GENERAL ELECTRIC CO. v. ALLIS-CHALMERS CO. et al.

(Circuit Court of Appeals, Third Circuit. February 6, 1912.)

No. 1,518.

APPEAL AND ERROR (§ 79*)—APPEALABLE ORDERS—DISMISSAL AS TO ONE DEFENDANT.

    An appeal will not lie from an order dismissing a bill as to one of two defendants prior to the rendition of final decree in the cause.

    [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 484–493; Dec. Dig. § 79.*]

Appeal from the Circuit Court of the United States for the District of New Jersey.

Suit in equity by the General Electric Company against the Allis-Chalmers Company and others. From the judgment of dismissal (190 Fed. 145) as to certain defendants, complainant appeals, and defendants move to dismiss appeal. Motion sustained.

See, also, 194 Fed. 414.

Edwards, Sager & Wooster, for Allis-Chalmers Co.

Betts, Sheffield, Bentley & Betts, for General Electric Co.

Before GRAY, BUFFINGTON, and LANNING, Circuit Judges.

PER CURIAM. This is a motion to dismiss the appeal of the General Electric Company from that part of the decree of the court below which dismissed the bill as to the Bullock Electric Manufacturing Company of New Jersey. Such motion is based on the ground that no final decree has been entered in the cause. After argument and due consideration had, the motion is granted, on the au-

thority of Hohorst v. Hamburg Co., 148 U. S. 262, 13 Sup. Ct: 590, 37 L. Ed. 443, and Ex parte National Enameling Co., 201 U. S. 158, 26 Sup. Ct. 404, 50 L. Ed. 707.